**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride (SBN: 297557)
ryan@kazlg.com
4455 E. Camelback Road, Suite C250
Phoenix, Arizona 85018
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Alan Gudino (SBN: 326738)
alan@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

Attorneys for Plaintiff,
BRIAN JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENN FOSTER, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-09647-PA-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Brian Johnson hereby voluntarily dismisses this action against Penn Foster, Inc. ("Defendant") in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither filed an answer to Plaintiff's Complaint nor filed a motion for summary judgment. Each party shall bear their own attorneys' fees and costs.

Dated: January 6, 2022

Respectfully submitted,

KAZEROUNI LAW GROUP, APC

By /s/ *Alan Gudino*
ALAN GUDINO
RYAN L. MCBRIDE

Attorneys for Plaintiff,
BRIAN JOHNSON

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of 18 years, and not a party to the action. My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. On January 6, 2022, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

☒ **By E-Mail**. I sent the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

Trent Echard
trent@trustemlaw.com
Echard Marquette
4773 William Flynn Highway
Allison Park, PA 15101

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on January 6, 2022 at San Diego, California.

*/s/ Alan Gudino*
Alan Gudino